UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MELANIE YOUNG, CHRISTOPHER SCHUH,
JENNIFER SCHAFFERT, MATT REEVES,
ALEXANDRA MINGIONE,
on behalf of themselves and other employees
similarly situated

                                                     10-CV-3198 (SAS)

                       Plaintiffs,

                                                  ORDER

                   -against-

JOHNNY UTAH 51 LLC,

                       Defendant.
----------------------------------------------------------------X

        Upon application to Part I of this Court, and for good cause shown, it is hereby:

        ORDERED that Document #3 on the Court's docket, having been erroneously filed and replaced with Document #4, is hereby deleted from the Court's docket, and shall be sealed by the Court.

SO ORDERED 5/13/10

_____

U.S.D.J. Part I.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/10